UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONY HINES,<br><br>    Plaintiff,<br><br>    v.<br><br>B. FAULKNER,<br><br>    Defendant. | Case No.: 2:19-cv-01203-GMN-EJY<br><br>**ORDER** |

   Pending before the Court is Plaintiff's Motion to Extend Time to file a Reply in Support of his Motion to Compel.  ECF No. 27.  Plaintiff explains that he received Defendant's response on December 9, 2021, which would leave him only five days to prepare and file a reply.  The Court finds that under the circumstances a brief extension is appropriate.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time (ECF No. 27) is GRANTED in part and DENIED in part.

   IT IS FURTHER ORDERED that Plaintiff's request to extend the due date for his Reply in Support of his Motion to Compel **shall be due December 28, 2021**.  This provides Plaintiff an extra two weeks to prepare and file his reply.

   IT IS FURTHER ORDERED that Plaintiff's request for a thirty (30) day extension of time is DENIED.

   DATED this 10th day of December, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE